## INDUSTRIAL COMMISSION v BATEMAN

Ohio Appeals, 1st Dist, Butler Co

No 545. Decided June 27, 1932

Gilbert Bettman, Columbus, R. R. Zurmehly, Columbus, and Z. G. Morgenthaler, Hamilton, for plaintiff in error.

Harry S. Wonnell, Hamilton, for defendant in error.

HAMILTON, J.

We have no difficulty in arriving at the conclusion that the injury arose out of and was an incident connected with his employment, and are in accord with the finding of the trial judge that the claimant was entitled to participate in the State Insurance Fund.

The judgment of the Court of Common Pleas of Butler County is affirmed.

ROSS, PJ, and CUSHING, J, concur.